UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   CASE NO. 12 B 07352
CHAPTER 13

DARRYL A HALL
TONJA Y HALL   JUDGE DONALD R CASSLING

DEBTORS   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** KONDAUR CAPITAL CORP

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 13 | 59 | XXXXXX0960 | $13,501.46 | $13,501.46 | $13,501.46 |
| Total Amount Paid by Trustee | | | | | $13,501.46 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-07352-DRC

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 6th day of December, 2017.

CASE NO. 12-07352-DRC

Debtor:
DARRYL A HALL
TONJA Y HALL
3524 W 72ND PL
CHICAGO, IL  60629

Creditor:
KONDAUR CAPITAL CORP
333 S ANITA DR #400
PO BOX 1449
ORANGE, CA  92856-1449

Mortgage Creditor:
BANK OF AMERICA
PO BOX 5170
SIMI VALLEY, CA  93062-5170

Mortgage Creditor:
CITIFINANCIAL
300 SAINT PAUL PL
BALTIMORE, MD  21202-2120

Mortgage Creditor:
FATHER & SON CONSTRUCTION
% UNIQUE PAYMENT CO LLC
PO BOX 332
LYONS, IL  60534

Mortgage Creditor:
BANK OF AMERICA
450 AMERICAN ST
SIMI VALLEY, CA  93065

Creditor:
BANK OF AMERICA
PO BOX 660933
DALLAS, TX  75266-0933

Mortgage Creditor:
RBS CITIZENS
443 JEFFERSON BLVD RJW135
WARWICK, RI  02886

Attorney:
ZALUTSKY & PINSKI LTD
111 W WASHINGTON #1550
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Mortgage Creditor:
BANK OF AMERICA
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
CITIFINANCIAL
9528 S CICERO AVE
OAK LAWN, IL  60453

Mortgage Creditor:
FATHER & SON CONTRACTORS
% BRENDAN FINANCIAL
30 E AVENUE STE A
RIVERSIDE, IL  60546

Mortgage Creditor:
PNC MORTGAGE
6 N MAIN ST
DAYTON, OH  45402

Mortgage Creditor:
BRENDAN FINANCIAL INC
24 EAST AVENUE
RIVERSIDE, IL  60546

Mortgage Creditor:
HEAVNER SCOTT BEYERS &
MIHLAR
PO BOX 740
DECATUR, IL  62525

ELECTRONIC SERVICE - United States Trustee

Date:  December 06, 2017                                    /s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603